IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMID E. KIA | : | CIVIL ACTION |
| v. | : | |
| IMAGING SCIENCES INTERNATIONAL, INC., et al. | : | NO. 08-5611 |

ORDER

AND NOW, this 20th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the following Counts in the First Amended Complaint are DISMISSED for lack of prosecution: Counts II, III, IV, V, VI, and XV in their entirety, Count IX as to defendants John Tancredi, Arun Singh, and Alan Keim, and Counts X and XIV as to defendant Edward Marandola; and

(2) the motion of defendants Imaging Sciences International, Inc., Edward Marandola, Arun Singh, Alan Keim, Henry Tancredi, and John Tancredi for summary judgment is GRANTED as to all remaining Counts in the First Amended Complaint except that it is DENIED with respect to Counts I and XI.

BY THE COURT:

/s/ Harvey Bartle III
C.J.