IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMID E. KIA | : | CIVIL ACTION |
| v. | : | |
| IMAGING SCIENCES INTERNATIONAL, INC., et al. | : | NO. 08-5611 |

ORDER

AND NOW, this 30th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Imaging Sciences International, Inc., Edward Marandola, Arun Singh, Alan Keim, Henry Tancredi, and John Tancredi to exclude the testimony of Dr. Dov Maor is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.