IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMID E. KIA | : | CIVIL ACTION |
| v. | : | |
| IMAGING SCIENCES INTERNATIONAL, INC., et al. | : | NO. 08-5611 |

ORDER

AND NOW, this 2nd day of September, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Imaging Sciences International, Inc. ("ISI"), Edward Marandola, Arun Singh, Alan Keim, Henry Tancredi, and John Tancredi to exclude the testimony of James Reda is GRANTED in part and DENIED in part;

(2) James Reda will be permitted to testify regarding damages to the extent that his opinion is premised on ISI's breach of its alleged oral contract with Kia;

(3) James Reda will not be permitted to testify regarding damages to the extent that his opinion is premised on the terms of an alleged written contract between Kia and ISI; and

(4) James Reda will not be permitted to testify regarding the degree to which the promise allegedly made to Kia

by ISI comports with Reda's experience regarding the customary compensation of employees situated similarly to Kia.

BY THE COURT:

/s/ Harvey Bartle III
                C.J.